IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Philip Conkey,

    Plaintiff,

v.

Commissioner of Social Security

    Defendant.

Case No. 2:08-cv-1058

Judge Michael H. Watson
Magistrate Judge King

## ORDER

On February 2, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded for further consideration of plaintiff's mental impairments. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and this action is hereby **REMANDED** for further consideration of plaintiff's mental impairments.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                              /s/ Michael H. Watson
                              Michael H. Watson, Judge
                              United States District Court